# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JAMES WHITE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2629

[January 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 11-14527CF10A.

James White, Miami, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***